IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              4:93cr4028-WS

KARIM SHAREEF MATEEN, f/k/a
REGINALD MARCEL DENNIS,

        Defendant.

_____

ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE

      Before the court is the magistrate judge's report and recommendation (doc. 844) docketed May 16, 2005.  The magistrate judge recommends that the defendant's motion for reduction in sentence be summarily denied.  The defendant has filed no objections to the report and recommendation.

      Upon review of the record, this court has determined that the report and recommendation should be adopted.

      Accordingly, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 844) is hereby ADOPTED and incorporated by reference into this order.

2. The defendant's motion for reduction in sentence (doc. 842) is hereby summarily DENIED.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this June 22, 2005.

       /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE