IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                               4:93cr4028-WS

KARIM SHAREEF MATEEN,                                  4:06cv19-WS
f/k/a/ REGINALD MARCEL DENNIS,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 870) docketed June 15, 2006.  The magistrate judge recommends that the defendant's "Petition to Vacate a Void Judgment in Reference to Federal Civil Judicial Procedures and Rules 60(b)(4) & (5)" be summarily dismissed.  The defendant has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 870) is hereby ADOPTED and incorporated by reference into this order.

2. The defendant's "Petition to Vacate a Void Judgment in Reference to Federal Civil Judicial Procedures and Rules 60(b)(4) & (5)" (doc. 852) is hereby summarily DENIED.

3. The clerk shall enter judgment accordingly and shall close Case No. 4:06cv19-WS.

DONE AND ORDERED this   3rd   day of   August  , 2006.


                                                    s/ William Stafford
                                                    WILLIAM STAFFORD
                                                    SENIOR UNITED STATES DISTRICT JUDGE