IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  4:93cr4028-WS

KARIM SHAREEF MATEEN,  4:09cv105-WS
a/k/a REGINALD MARCEL DENNIS,

      Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 1016) docketed March 25, 2009. The magistrate judge recommends that the defendant's "Petition for Redress of Grievances" be summarily dismissed. The defendant has filed objections (doc. 1017) to the report and recommendation.

Upon review of the record in light of the defendant's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 1016) is adopted and incorporated by reference in this order of the court.

  2.  The defendant's "Petition for Redress of Grievances" (doc. 1012) is summarily DISMISSED as an unauthorized second or successive section 2255 motion.

  3.  The defendant's "Demand for Concurrence Form" (doc. 1013) is DENIED..

  3.  The clerk shall enter judgment accordingly and shall close Case No. 4:09cv105-WS.

  DONE AND ORDERED this <u> 17th </u> day of <u> April </u>, 2009.


          <u>s/ William Stafford      </u>
          WILLIAM STAFFORD
          SENIOR UNITED STATES DISTRICT JUDGE