IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v. 4:93cr4028-WS

KARIM SHAREEF MATEEN,
a/k/a REGINALD MARCEL DENNIS,

      Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 1027) docketed July 10, 2009. The magistrate judge recommends that the defendant's "Request for Declaratory Judgment" (doc. 1025) be summarily denied. The defendant has filed objections (doc. 1028) to the report and recommendation.

Upon review of the record in light of the defendant's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 1027) is adopted and incorporated by reference in this order of the court.

2. The defendant's "Request for Declaratory Judgment" (doc. 1025) is summarily DENIED.

DONE AND ORDERED this <u>  10th  </u> day of <u>  August  </u>, 2009.


<pre>
                                s/ William Stafford
                                WILLIAM STAFFORD
                                SENIOR UNITED STATES DISTRICT JUDGE
</pre>